IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**REGIONS BANK,**

      **Plaintiff,**

v.                                        Case No. 3:11cv176/MCR/EMT

**JOHN DAVID SULLIVAN, STERLING
PRICE RAINER, and ANDREW
HUNTER HARMAN,**

      **Defendants.**
_____/

## ORDER

      Pending before the court is the plaintiff's motion for clarification (doc. 12) of the court's order dated September 21, 2011 (doc. 11). The motion is due to be granted. Therefore, the court will vacate the prior order entered at Doc. 11 and enter this order instead.

      This case has been stayed on the stipulation of the parties pending resolution of state court foreclosure proceedings. The defendants were ordered to file a status report in this court every 120 days to inform the court as to the status of the state court proceedings (doc. 10). The first report was due on September 6, 2011, but no report has been filed.

      Accordingly, it is hereby ORDERED:

      1.      The motion for clarification (doc. 12) is GRANTED. The court's order at Doc. 11 is VACATED and this order shall be substituted in its place.

      2.      The defendants shall have **seven (7) days** from the date of this order to file a status report and shall show cause why sanctions should not be imposed against them

for their failure to comply with an order of the court.

**DONE and ORDERED** this 21st day of September, 2011.

*M. Casey Rodgers*
<u>                              </u>
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**